

**MEYER–CHATFIELD CORP.**

v.

**BANK FINANCIAL SERVICES GROUP**, Steven Goldberg, Steven Goldberg Sole Proprietorship, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Meyer–Chatfield Administrative Services, LLC

v.

Bank Financial Services Group, Steven Goldberg, Steven Goldberg Sole Proprietorship, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Petition of: Bank Financial Services Group, Steven Goldberg, Steven Goldberg Sole Proprietorship, David Payne, Arnold Winick, William Borchert and Daniel Barbaree (the "BFS Parties")

Meyer–Chatfield Corp.

v.

Bank Financial Services Group, Steven Goldberg, Steven Goldberg Sole Proprietorship, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Meyer–Chatfield Administrative Services, LLC

v.

Bank Financial Services Group, Steven Goldberg, Steven Goldberg Sole Proprietorship, David Payne, Arnold Winick, William Borchert and Daniel Barbaree

Petition of: Bank Financial Services Group, Steven Goldberg, David Payne, Arnold Winick, William Borchert, Daniel Barbaree, and Steven Goldberg Sole Proprietorship

No. 892 MAL 2016

No. 893 MAL 2016

Supreme Court of Pennsylvania.

May 11, 2017

### ORDER

PER CURIAM

**AND NOW,** this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kiefer WRIGHT, Petitioner**

No. 4 EAL 2017

Supreme Court of Pennsylvania.

May 11, 2017

### ORDER

PER CURIAM

**AND NOW,** this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**